FILED
U.S. DISTRICT COURT

APR 3 12 53 PM '00

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
APRIL 3, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMETRIS PERKINS | CIVIL ACTION |
| VERSUS | NO. 00-343 |
| AMERICAN VALET PARKING, INC. | SECTION "C" (2) |

You are hereby notified that the captioned case will be called on **April 26, 2000 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B421, New Orleans, Louisiana. Counsel for plaintiff must appear in person and report on the status of the case and show cause why service has not been completed and/or why this matter should not be dismissed for failure to prosecute.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
APR 3 2000

Fee____
Process____