

MINUTE ENTRY
WILKINSON, M.J.
APRIL 26, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMETRIS PERKINS | CIVIL ACTION |
| VERSUS | NO. 00-343 |
| AMERICAN VALET PARKING, INC. | SECTION "C" (2) |

In response to the call docket set on today's date, counsel for plaintiff has advised the Court (letter attached to file in the record) that she will serve defendant within the next five days. Accordingly,

**IT IS ORDERED** that the Court's April 26, 2000 call docket is hereby SATISFIED and counsel for plaintiff need not appear.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
APR 2 7 2000