FILED
U.S. DISTRICT COURT
EASTERN DIST. OF LA

2000 MAY 31 P 1: 50

LORETTA G. WHYTE

MINUTE ENTRY
WILKINSON, M.J.
MAY 31, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMETRIS PERKINS | CIVIL ACTION |
| VERSUS | NO. 00-343 |
| AMERICAN VALET PARKING, INC. | SECTION "C" (2) |

     In response to the call docket set on today's date, counsel for plaintiff has advised the Court (letter attached for filing in the record) that defendant was served on May 17, 2000. Accordingly,

     **IT IS ORDERED** that the Court's May 31, 2000 call docket is hereby SATISFIED and counsel for plaintiff need not appear.

DATE OF ENTRY
JUN 1 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Fee____
Process____
X Dktd____ TKS
____CtRmDep____
____Doc. No.____

# Facsimile Transmission
# ALGIERS LAW CENTER
### 3133 General Meyer Avenue
### New Orleans, LA 70114
### Tele: (504) 364-0777

| | |
|---|---|
| To: | Judge Joseph C. Wilkinson |
| Of: | United States District Court, Eastern District of Louisiana |
| Fax: | 589-9633 |
| Pages: | 2, including this cover sheet. |
| Date: | May 31, 2000 |
| Re: | Re: Demetris Perkins Versus American Valet Parking, Inc..; Docket No. 00-343; Section "C" (2); |

Dear Judge Wilkinson:

Please note that the defendant was served on the 17th day of May 2000 through its agent for service of process, CT Corporation System, 8550 United Plaza Blvd, Baton Rouge, LA 70809.

The defendant was served by United States Mail. Attached is a copy of the returned receipt for service.

If you desire any other information concerning this matter, feel free to contact me at 364-0777.

With warmest regards, I remain...

Respectfully yours,

Patrice Benn-Abbey





MAY 3 1 2000

## CONFIDENTIAL NOTICE

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader is not the intended recipient, you are hereby notified that any disclosure, distribution, or copying of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, and return the transmission to us at the above address by return mail.



