

MINUTE ENTRY
WILKINSON, M.J.
JUNE 9, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEMETRIS PERKINS                                        CIVIL ACTION

VERSUS                                                  NO. 00-343

AMERICAN VALET PARKING, INC.                            SECTION "C" (2)

A preliminary conference is hereby **SCHEDULED** in this matter on **June 22, 2000 at 2:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss scheduling and select pre-trial and trial dates, if appropriate. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at (504) 589-7630.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 1 3 2000