```
                                            FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2000 AUG -2  PM 4: 01

                                        LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
AUGUST 2, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMETRIS PERKINS | CIVIL ACTION |
| VERSUS | NO. 00-343 |
| AMERICAN VALET PARKING, INC. | SECTION "C" (2) |

A preliminary conference was conducted in this case on June 22, 2000. Participating via telephone were: Patrice Benn-Abbey, representing plaintiff; Phillip M. Becker, representing defendant.

All parties have **not** consented to proceed to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c). A jury trial has been demanded. Accordingly, the presiding district judge is hereby notified so that she may schedule a conference to set pretrial and trial dates on her calendar.

                                                      JOSEPH C. WILKINSON, JR.
cc: HON. GINGER BERRIGAN             UNITED STATES MAGISTRATE JUDGE

```
DATE OF ENTRY
 AUG - 3 2000
```