FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -8 AM 10: 03

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BERRIGAN, J.
AUGUST 3, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMETRIS PERKINS | CIVIL ACTION |
| VERSUS | NUMBER: 00-0343 |
| AMERICAN VALET PARKING, INC. | SECTION: "C" 2 |

Considering this Court having been advised that one of the parties to this proceeding is unwilling to proceed to trial before the Magistrate Judge; accordingly,

**IT IS ORDERED** that the automatic referral of this matter to the Magistrate Judge is hereby **VACATED.**

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 8 2000

___Fee_____
___Process___
X __Dktd____
___CtRmDep__
___Doc.No.__