FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 FEB 20 PM 3: 35
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEMETRIS PERKINS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0343 |
| | * | |
| AMERICAN VALET PARKING, INC. | * | SECTION C |
| | * | JUDGE BERRIGAN |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by DEMETRIS PERKINS, herein represented by her attorney, Patrice Benn-Abbey, 3133 General Meyer Avenue, New Orleans, Louisiana 70014 and AMERICAN VALET PARKING, INC., represented by its attorney, Phillip Michael Becker, 120 W. Pujo Street, Suite 201, Lake Charles, Louisiana 70601, that this matter has been settled and compromised, with all settlement obligations having been fulfilled by AMERICAN VALET PARKING, INC., that the above-entitled action be dismissed, *with prejudice,* with each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| THE BECKER LAW FIRM, APLC | ALGIERS LAW CENTER |
| _____ | _____ |
| PHILLIP M. BECKER | PATRICE BENN-ABBEY |
| La. Bar Roll No.:(#18785) | La. Bar Roll No: (#27292) |
| 120 W. Pujo Street | 3133 General Meyer Avenue |
| Suite 201 | New Orleans, Louisiana 70114 |
| Lake Charles, Louisiana 70601 | (504) 364-0777 Telephone |
| (337) 430-0878 Telephone | (504)           Facsimile |
| (337) 430-0402 Facsimile | |
| | |
| ATTORNEY FOR DEFENDANT | ATTORNEY FOR PLAINTIFF |
| AMERICAN VALET PARKING, INC. | DEMETRIS PERKINS |
| | |
| Dated: 2/14/01 | Dated: 1/21/01 |

DATE OF ENTRY
FEB 22 2001

___Fee___
___Process___
_X_ Dktd___
___CtRmDep___
___Doc.No.___

## ORDER OF DISMISSAL

Considering the foregoing:

IT IS ORDERED that this matter be dismissed, *with prejudice,* with each party to bear their own costs.

Dated: 2/23/2000

_____
Judge Barrigan